IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| RAMON MARTINEZ AND GRACIELA MARTINEZ, | § § § | |
| *Plaintiffs*, | § § | |
| VS. | § § | CIVIL ACTION NO. 7:16-cv-00159 |
| QBE SPECIALTY INSURANCE COMPANY AND QBE AMERICAS, INC., | § § § § § | |
| *Defendants.* | § | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs, Ramon Martinez and Graciela Martinez, with agreement from Defendants, QBE Specialty Insurance Company and QBE Americas, Inc., files this Stipulation of Dismissal.

All parties to this lawsuit, by and through their undersigned counsel, agree that this action be dismissed, in its entirety. Each party shall bear its own costs of court.

Respectfully submitted,

The DeGroot Law Firm, PLLC

By: _____*/s/ David DeGroot*_____

David DeGroot
State Bar No. 24044444
Federal I.D. 784421
degroot@degrootlaw.org
3827 N. 10th St., Suite 304
McAllen, TX 78501
(956) 627-2787
(956) 627-4363 – Facsimile
ATTORNEY FOR PLAINTIFFS
RAMON MARTINEZ AND GRACIELA MARTINEZ

THE LITTLE LAW FIRM, P.C.


By:   */s/ Joseph R. Little*   
      Joseph R. Little
      State Bar No. 00784483
      Federal ID No. 15972
      440 Louisiana Street, Suite 900
      Houston, Texas 77002
      Telephone: (713) 222-1368
      Facsimile: (281) 200-0115
      Email: jrl@littlelawtexas.com
      ATTORNEY FOR DEFENDANTS
      QBE SPECIALTY INSURANCE COMPANY
      AND QBE AMERICAS, INC.


**CERTIFICATE OF SERVICE**

    This is to certify that a true and correct copy of the foregoing was forwarded to all known counsel of record via either hand delivery, certified mail, return receipt requested, email and/or via facsimile on May  27th , 2016.


Joseph R. Little
**The Little Law Firm**
440 Louisiana Street, Suite 900
Houston, Texas 77002
Telephone: (713) 222-1368
Facsimile: (281) 200-0115
Email: jrl@littlelawtexas.com
*Attorney for Defendants*


                                              */s/ David DeGroot*
                                               David DeGroot